Settlement/Hearing: October 2nd, 2014
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                       Chapter 13
                                                                                     Case No. 14-10198   ALG
**SETH KAUFMAN,**
                                                                                     **NOTICE OF SETTLEMENT**
                                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FAILURE TO RESPOND MAY LEAD TO A DISMISSAL OF YOUR CASE**

**PLEASE TAKE NOTICE,** that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Allen L. Gropper, United States Bankruptcy Judge, on the 2nd day of October, 2014 at 10:00 A.M. at the United States Bankruptcy Court, U.S. Customs House, One Bowling Green, New York, New York  10004.

Hearings on Objections, if any, to be conducted same date and time in Courtroom 617. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

**OBJECTIONS TO PROPOSED ORDER**:

All objections to a proposed order MUST HAVE the settlement date of the original notice typed or written on the first page in the upper right-hand corner of the document.

**COUNTER-PROPOSED ORDERS**:

All counter-proposed orders should be clearly denominated as such, with the return date of the original proposed order in the upper right-hand corner of the first page.  A

copy of the transcript, if a hearing was held, must be submitted with the counter-proposed order.

Dated: White Plains, New York
      August 11th, 2014

    /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

**TO:**   United States Trustee
       201 Varick Street  #1006
       New York, New York 10014

       Seth Kaufman
       624 East 20th Street # 1-D
       New York, New York 10009

       Starr & Starr, PLLC
       260 Madison Avenue 17th Floor
       New York, New York 10016

       NYS Department of Taxation & Finance
       Bankruptcy Section
       P.O. Box 5300
       Albany, New York 12205

       Internal Revenue Service
       P.O. Box 7346
       Philadelphia, Pennsylvania  19101-7346

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                               Chapter 13
                                                                     Case No. 14-10198   ALG
**SETH KAUFMAN,**


                                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(1) in that the debtor has caused unreasonable delay that is prejudicial to creditors by:

    a.    Infeasibility

The Court further finds that the debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal and state tax returns for the most recent tax year ending immediately before the commencement of the case, within seven (7) days prior to the meeting of creditors scheduled pursuant to 11 U.S.C. §341(a).

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307(c)(1) and 521(e)(2)(B), this Chapter 13 case is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                     Chapter 13
                                     Case No. 14-10198   ALG

**SETH KAUFMAN,**

                                   **TRUSTEE'S AFFIDAVIT**

                   Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK        )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

1.      He is the standing Chapter 13 Trustee.

2.      The debtor filed a Chapter 13 proceeding on January 29th, 2014.

3.      A hearing on confirmation was held on August 7th, 2014.

4.      The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1).

5.      The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors* ,copies of federal and state tax returns for the most recent year immediately prior to the commencement of the case, to wit, 2013.

6.      The debtor's plan is deemed insufficient for claims filed.

7.      No status report has been filed.

8.      At the aforesaid confirmation hearing held on August 7th, 2014, the debtor's case demonstrated infeasibility and an inability to confirm.

9.      The delay created herein is prejudicial to creditors.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
11th day of August, 2014
/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 02KA4836806
Qualified in Westchester County
Term Expires: 10/31/17

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                              Chapter 13
                                                                    Case No. 14-10198   ALG
**SETH KAUFMAN,**

                              Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )  ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York. On August 11th, 2014, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
          201 Varick Street #1006
          New York, New York 10014

          Seth Kaufman
          624 East 20th Street # 1-D
          New York, New York 10009

          Starr & Starr, PLLC
          260 Madison Avenue 17th Floor
          New York, New York 10016

NYS Department of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania  19101-7346

  /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
11th   day of  August,   2014

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14