# STARR & STARR
## PLLC
### ATTORNEYS AT LAW

**Stephen Z. Starr**
**Vildan E. Starr**

260 Madison Avenue
17th Floor
New York, NY 10016
www.starrandstarr.com

Tel: (212) 867-8165
Fax: (212) 867-8139

twan@starrandstarr.com

September 24, 2014

**Via ECF & Email (tracey_mercado@nysb.uscourts.gov)**

The Honorable Allan L. Gropper
United States Bankruptcy Judge
U.S. Bankruptcy Court for
 the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:  In re Seth Kaufman
         Case No. 14-10198 (ALG)
         **Status Report**

Dear Judge Gropper:

We represent Mr. Seth Kaufman, the debtor ("Debtor") in the above-referenced chapter 13 case. As directed by Your Honor in an Order dated August 22, 2014, I am filing this Status Report to address the status of this case.

The Debtor has determined to convert the above-referenced chapter 13 case to a chapter 7 case. Enclosed please find a copy of the as filed Request to Convert Chapter 13 Case to One Under Chapter 7, and ECF receipt of the same.

I can be reached at (212) 867-8165 if there are any questions regarding this letter.

Respectfully submitted,

Tedmund Y. Wan

Encls.

cc:    Seth Kaufman, Esq. (via e-mail)
       Jody Kava, Esq. (via facsimile 914-328-7299)
       (Counsel for Jeffrey Sapir)